Submitted on appellant's brief November 29, reversed and remanded for a new trial December 17, 1979

STATE OF OREGON,
*Respondent,*
*v.*
JOHN M. MILLER,
*Appellant.*
(No. 79-224-C, CA 15074

603 P2d 784

John M. Miller, Medford, filed the brief for appellant.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Jan P. Londahl, Assistant Attorney General, Salem, appeared for respondent.

Before Joseph, Presiding Judge, and Lee and Richardson, Judges.

PER CURIAM

## PER CURIAM

The state concedes that because there was no written waiver of defendant's right to a trial by jury, the judgment must be reversed and the case remanded for a new trial. Or Const, Art I, § 11; ORS 136.001; *State v. Wiik,* 31 Or App 571, 570 P2d 1021 (1977).

Reversed and remanded for a new trial.